FREEMAN & MONDRAGON
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 990-4913

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| LESLY J. LAGUNA, | ) | CASE NUMBER: 3:10-cv-0108-RCJ-VPC |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY; BENJAMIN C. MOTTER; DOES I-V, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff Lesly J. Laguna by and through her counsel of record William R. Kendall, Esq., and Defendant American Family Mutual Insurance Company by and through its counsel of record, Robert W. Freeman, Jr., Esq. of Freeman & Mondragon that the above-entitled action may be dismissed with prejudice.  The parties have stipulated to submit this matter to private binding arbitration.

...

...

...

...

...

...

...

1    IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be
2 dismissed with prejudice, each party to bear its own costs and attorney fees.
3 DATED this 25th day of October, 2010.     DATED this 25 day of October, 2010.
4                                            FREEMAN & MONDRAGON
5
6 /s/ William R. Kendall, Esq.
William R. Kendall, Esq.                    Robert W. Freeman, Jr., Esq.
7 Nevada Bar No. 003453                     Nevada Bar No. 003062
137 Mt. Rose Street                         1060 Wigwam Parkway
8 Reno, Nevada 89509                        Henderson, Nevada 89074
Attorneys for Plaintiff                     Attorneys for Defendant
9 Lesly J. Laguna                           American Family Mutual Insurance
                                            Company

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: 10-27-2010

Page 2